IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **TANIA RIVERA-CRUZ, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**HOGAR BELEN 2, INC.,**<br><br>Defendant. | **CIV. NO.** 23-1298 (MDM) |

## JUDGMENT

Pursuant to the Court's Order at Docket No. 32, the Court hereby enters Judgment **DISMISSING with prejudice** the present action. Per the parties' request, the Court retains jurisdiction solely for the purpose of enforcing the confidential settlement agreement. Each party shall bear its own costs and fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 19th day of January 2024.

*Marshal D. Morgan*
MARSHAL D. MORGAN
United States Magistrate Judge